UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ALBERTO ULLOA MARTINEZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>STEPHEN SINCLAIR,<br><br>　　　　　　Respondent. | NO. C09-0456-RSM-JPD<br><br>ORDER DIRECTING THE CLERK OF THE WASHINGTON COURT OF APPEALS TO SUBMIT DOCUMENTS UNDER SEAL FOR *IN CAMERA* REVIEW |

The Court, having considered the Agreed Motion for an Order Directing the Clerk of the Washington Court of Appeals to Submit Documents Under Seal for *In Camera* Review, and the records and files herein, does hereby find and ORDER:

　　1.　　The Agreed Motion is GRANTED.

　　2.　　Pursuant to 28 U.S.C. § 2254(f), the Clerk of the Washington Court of Appeals, Division I, shall submit to this Court in the above captioned cause, **UNDER SEAL for *in camera* review by this Court**, a copy of the following documents currently contained under seal in the state court file for *In re Martinez*, Court of Appeals Cause No. 64887-0-I:

- The complete transcript from the February 9, 2006 *in camera* hearing ordered in *State v. Martinez-Luis*, King County Cause No. 05-1-07872-0;

- The e-mail message sent on February 10, 2006, from the prosecutor to the superior court;

- The reply e-mail message from the superior court to the prosecution; and

ORDER - 1

- The declaration filed by Detective Lance Gray of the Renton Police Department on February 16, 2006.

3. Respondent and Petitioner shall not have access to these documents after they are filed under seal in this Court.

4. The Clerk shall send this Order to the Clerk of the Washington Court of Appeals, Division I.

5. The Clerk shall send uncertified copies of this Order to counsel for the Petitioner and to counsel for the Respondent.

DATED this <u>24th</u> day of <u>July</u>, 2012.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2